FILED
November 25, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

United States District Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| United States of America, <br>   Plaintiff, <br><br> v. <br><br> Robert Keith Adams, <br>   Defendant, <br><br> and <br><br> Santa Rosa Well Service LLC, <br>   Garnishee. | No. SA-97-CR-00023-OLG(1) |

## Final Order of Garnishment

This matter is before the Court for entry of a Final Order of Garnishment, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205 of the Federal Debt Collection Procedures Act, for nonexempt property belonging to or due to Defendant Robert Keith Adams.

The United States filed an Application for a Writ of Garnishment seeking nonexempt property belonging to or due to the Defendant held by Santa Rosa Well Service, LLC. The Writ was properly served on Garnishee, Santa Rosa Well Service, LLC, which filed an Answer (Doc. No. 410) stating that it has in its possession, custody, or control nonexempt property belonging to or due to the Defendant. The Defendant was properly served with the Writ and notified of his right to claim exemptions and request a hearing pursuant to 28 U.S.C. § 3205(c). (Doc. No. 192). He has not submitted objections nor requested a hearing.

Having considered the Application and Garnishee's Answer and noting that the Defendant did not filed any objections or otherwise request a hearing, the Court hereby grants the United States' Motion for Final Order of Garnishment and orders as follows:

**IT IS ORDERED** that Garnishee, Santa Rosa Well Service, LLC, shall pay to the United States District Clerk within 30 days from the date of this order the nonexempt property in its

possession, custody, or control due or belonging to Defendant from the date that the Garnishee was served with the Writ and continuing for so long as it has money due or owing to the Defendant up to the full amount of the debt owed by the Defendant.  Pursuant to 15 U.S.C. § 1673(a), Garnishee Santa Rosa Well Service, LLC, shall pay to the United States on a monthly basis the lesser of:

1. 25% of Robert Keith Adams's disposable earnings **(including any bonuses)**; or

2. Amounts by which Robert Keith Adam's disposable earnings **(including any bonuses)** for a week exceed 30 times the federal minimum hourly wage.

**IT IS ORDERED** Checks shall be made payable to the **"U.S. District Clerk"** and marked with the name and number of this case, "U.S. v. Robert Keith Adams, SA-97-CR-00023-OLG(1)."  Checks shall be mailed to:

> Clerk, USDC
> Attn: Mail Log
> 655 East Cesar E Chavez Blvd, Ste G65
> San Antonio, Texas 78206

**IT IS FURTHER ORDERED** that the United States Attorney's Office shall forward the funds to the United States District Clerk, Western District of Texas, for application to Defendant's criminal debt in this case.

**IT IS ORDERED** that the United States District Clerk apply all monies received to the judgment rendered in this case.

**IT IS ORDERED** that Garnishee provide to the Defendant a copy of all payment instruments delivered pursuant to this Order, including the date and the amount of the payment instrument.

**IT IS ORDERED** that the writ of garnishment shall terminate and the Garnishee discharged from liability once any of the provisions of 28 U.S.C. § 3205(c)(10) has been met.

**IT IS ORDERED** that the United States Attorney's Office mail copies of this Order to the following:

| | |
|---|---|
| Santa Rosa Well Service, LLC<br>Gabe Roman, General Manager<br>1210 Pueblo St.<br>Odessa, Texas 79761<br>***Garnishee*** | Robert Keith Adams<br>P.O. Box 1556<br>Stanton, Texas 79782<br>***Defendant*** |

**IT IS SO ORDERED.**

Dated: November 25, 2020

**ORLANDO L. GARCIA**
CHIEF UNITED STATES DISTRICT JUDGE